### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MARISA WOODHOUSE, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 09-C 5593 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, | ) ) ) | Judge Pallmeyer |
| Defendant. | ) ) | |

**AGREED MOTION FOR TWO DAY EXTENSION TO RESPOND TO DISCOVERY**

NOW COMES the Defendant, LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, by and through its undersigned attorneys, and pursuant to FRCP 6(e), moves this Honorable Court to issue an order extending the time for Defendant to respond to discovery by two days, from April 13, until April 15, 2010, and in support states the following:

1. This is an agreed motion.

2. Plaintiff Marisa Woodhouse has now filed a Third Amended Complaint to redress purported negligent and wilful violations violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

3. Defendant has answer the Third Amended Complaint along with answering Plaintiff's Request For Admissions.

4. Plaintiff's Motion for Class Certification is pending, and Plaintiff is required to respond by April 30, 2010.

5. Due to work committments and the recent delivery of draft discovery answers and potentially responsive documents, defense counsel was unable to comply with producing discovery responses by the April 13, 2010 court-ordered deadline. Plaintiff's counsel has agreed to a two day extension to allow defense counsel to respond to pending discovery requests.

3. The parties have scheduled a discovery conference on April 16, 2010 to discuss anticipated discovery objections. Additionally, the parties are trying to schedule a FRCP 30(b)(6) deposition of Defendant along with depositions of Plaintiff and her minor daughter.

4. Accordingly, no harm or prejudice will result from granting this motion.

WHEREFORE, for the reasons set forth above, Defendant, LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, requests this Honorable Court issue an order extending the time for Defendant to respond to discovery by two days, until April 13.

    Respectfully submitted,

    /s/ James C. Vlahakis
    James C. Vlahakis
    Attorney for Defendant
    HINSHAW & CULBERTSON LLP
    222 North LaSalle, Suite 300
    Chicago, IL 60601
    tel: 312-704-3000
    fax: 312-704-3001
    jvlahakis@hinshawlaw.com

6555732v1 903776 7791

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 13, 2010, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

             Respectfully submitted,

             /s/ James C. Vlahakis
             James C. Vlahakis   06230459
             Attorney for Defendants
             HINSHAW & CULBERTSON LLP
             222 North LaSalle, Suite 300
             Chicago, IL 60601
             tel: 312-704-3000
             fax: 312-704-3001
             jvlahakis@hinshawlaw.com

6555732v1  903776  7791